## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**BERNARD L. SMITH,**

     **Plaintiff,**

**v.**                                    **Case No.: 05-4128-RDR**

**MEDTRONIC INC.,**

     **Defendant.**

## ORDER STAYING ALL PROCEEDINGS BASED
## ON DECEMBER 7, 2005 TRANSFER ORDER OF THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

For good cause shown, and with the consent of all parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in light of the MDL Panel's December 7, 2005, Transfer Order and the Transferee Court's December 16, 2005, Order No.1, all proceedings in this action shall be stayed due to the imminent transfer of this case to multidistrict litigation proceeding in the District of Minnesota.

SO ORDERED, this 29th day of December, 2005.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge